# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER ROBERT JACOME,<br><br>Petitioner,<br><br>v.<br><br>GAVIN NEWSOM,<br><br>Respondent. | Case No.: 3:25-cv-1128-BEN-DDL<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE** |

On May 1, 2025, Petitioner, a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, along with a request to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915(a). ECF Nos. 1 & 2. On May 6, 2025, the Court denied Petitioner's IFP motion because he failed to provide the necessary support. ECF No. 3. The Court also notified Petitioner that to have his case reopened, he must either pay the $5.00 filing fee or submit a properly supported IFP motion no later than July 18, 2025. *See id.*

On June 20, 2025, Petitioner filed another IFP motion. ECF No. 4. But Petitioner has again failed to provide the Court with sufficient information to determine his financial status. A request to proceed IFP made by a state prisoner must include a signed certificate

from the warden or other appropriate officer showing the amount of money or securities Petitioner has on account in the institution. Rule 3(a)(2), 28 U.S.C. foll. § 2254; Local Rule 3.2.

Because Petitioner has again failed to provide the Court with the required Prison Certificate or copy of his trust account statement, the IFP motion is **DENIED** and the case remains **DISMISSED**. The Court will give Petitioner one more opportunity to have his case reopened by either paying the filing fee or submitting adequate proof that he cannot pay the fee **no later than July 28, 2025**. *For Petitioner's convenience, the Clerk of Court shall attach to this Order a blank In Forma Pauperis application form.*

**IT IS SO ORDERED.**

Dated: June 25, 2025

Roger T. Benitez
United States District Judge